1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   1700 South Pavilion Center Drive, Suite 500
3  Las Vegas, Nevada 89135
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 778-9709
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8  UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA
9

10 SHARON WASHINGTON,                                    ) Case No. 2:23-cv-00110-JCM-DJA
                                                         )
11                          Plaintiff,                   )
                                                         )
12 vs.                                                   ) **JOINT MOTION FOR EXTENSION OF**
                                                         ) **TIME FOR DEFENDANT EQUIFAX**
13 EQUIFAX INFORMATION SERVICES, LLC,                    ) **INFORMATION SERVICES LLC TO**
   MONTGOMERY WARDS, INC., and                           ) **FILE ANSWER**
14 AMERICA FIRST CREDIT UNION,                           )
                                                         ) **FIRST REQUEST**
15                          Defendants.                  )
                                                         )
16                                                       )
                                                         )
17

18      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

19 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

20 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

21 to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,

22 move or otherwise respond to the Complaint in this action is extended from February 16, 2023

23 through and including **March 20, 2023**. The request was made by Equifax so that it can have an

24 opportunity

25 //

26 //

27 //

28

1  to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
2  approves.  This stipulation is filed in good faith and not intended to cause delay.
3        Respectfully submitted, this 14th day of February, 2023.

| CLARK HILL PLLC | **_No opposition_** |
|---|---|
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 South Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada 89135<br>Tel: (702) 862-8300<br>Fax: (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>FREEDOM LAW GROUP<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: ghaines@freedomlegalteam.com<br>Email: gavalos@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: February 15, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 14th day of February, 2023, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com